UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATION AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK; and NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS, <br><br> Petitioners, <br><br> -v.- <br><br> JB SQUARED CONSTRUCTION CORP., <br><br> Respondent. | 20 Civ. 2659 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On March 30, 2020, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **July 30, 2020**. Respondent's opposition, if any, is due on **August 13, 2020**. Petitioners' reply, if any, is due on **August 20, 2020**.

Petitioners shall serve the petition upon Respondent by whatever means previously used to serve Respondent no later than **July 21, 2020**, and shall file an affidavit of such service with the court no later than **July 24, 2020**.

SO ORDERED.

Dated: July 16, 2020
New York, New York

*[signature]*

KATHERINE POLK FAILLA
United States District Judge