UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
THE CARPENTER CONTRACTOR ALLIANCE
OF METROPOLITAN NEW YORK, and the
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                     Petitioners,                             20 **CIVIL** 2659 (KPF)

      -against-                                     **JUDGMENT**

JB SQUARED CONSTRUCTION CORP.,
                     Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 19, 2020, the Petition is GRANTED. Judgment is entered in the amount of $22,106.98, which consists of the arbitration award of $18,091.55, $1,278.80 in prejudgment interest, $2,734.00 in attorneys' fees, and $2.63 in costs. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
          November 20, 2020

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                    **BY:**
                                                          **Deputy Clerk**